JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH RONDA, et al.**, Plaintiffs, v. **PRD, LLC, et al.**, Defendants. | Case No.: CV 3119-DMG (MRWx) <br><br> **JUDGMENT** |

The Court having granted the motion to dismiss of Defendants Rushmore Loan Management Services LLC and MTGLQ Investors [Doc. # 10], joined by Defendant Quality Loan Services Corporation [Doc. # 12],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of all Defendants and against Plaintiffs Ralph Ronda and Gladys Ronda.

DATED: May 31, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-